AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00013 |
| Farhad Azari | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 1/13/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Farhad Azari _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     **X** Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers),
18 U.S.C. § 111(b)(1) (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon), 18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 1361 (Destruction of Government Property)
18 U.S.C. § 1751(a)(1) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 18 U.S.C. § 1751(b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon),
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon).
18 U.S.C. § 1752(b)(1) (A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
18 U.S.C. § 1752(a)(4) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
18 U.S.C. § 1752(b)(1)(A) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building )

Date:   01/13/2023                                         G. Michael Harvey
                                                          Digitally signed by G. Michael Harvey
                                                          Date: 2023.01.13 12:18:25 -05'00'
                                                          *Issuing officer's signature*

City and state:    Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
                                                          *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

| Return |
|---|
| This warrant was received on (date) 1/13/2023 ~~1/18/2023~~ , and the person was arrested on (date) 1/18/2023 at (city and state) Richmond, VA . |
| Date: 01/18/2023 |
| _____ Arresting officer's signature |
| Brittany Ausley  SA Printed name and title |