UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-MJ-13 (GMH) |
| FARHAD AZARI | : |

**WAIVER OF PRELIMINARY HEARING**

Defendant, Farhad Azari, through undersigned counsel, and having been informed of his rights pursuant to this Court's rules of criminal procedure to a preliminary hearing, hereby waives his right to a preliminary hearing.

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 13th day of March, 2023, to all counsel of record.

/s/

Stephen F. Brennwald