UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 22-MJ-13-GMH |
| | : |
| **FARHAD AZARI,** | : |
| | : |
| **Defendant.** | |

## ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on March 23, 2023 be continued for good cause to May 23 at 1:00 p.m.; and it is further

**ORDERED** that the time between March 23, 2023 and May 23, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and additional time to review discovery.

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE