UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-MJ-13 (GMH) |
| FARHAD AZARI | : |

**CONSENT MOTION TO VACATE STATUS HEARING AND FOR OTHER RELIEF**

Defendant, Farhad Azari, through undersigned counsel, Stephen F. Brennwald, and with the consent of the government, hereby moves to vacate the status hearing set for May 23, 2023, and to permit the parties to submit either monthly or bi-monthly status reports concerning the progress of the case. In support of his request, he states as follows:

A status hearing is set for next Tuesday, May 23, 2023, at 1 p.m., before this Honorable Court.

The parties have been in communication regarding this case, and discovery is in its early stages. This update is the essence of what the parties would tell this Court at the upcoming hearing.

Because the parties are working together to move this case forward, and because the process will take some time, given the volume of discovery, they ask that the Court vacate the May 23, 2023, status hearing, and permit them to submit a written status report either monthly or bi-monthly (as in every other month).

Those reports will include an attestation that each defendant waives his rights under the Speedy Trial Act from one time period to the next.

If this Court grants this motion, once the parties have reached the point where they have determined whether the case will be resolved by a disposition or whether a trial date needs to be set, they will inform the Court of that determination and the case can proceed accordingly.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant, with the consent of the government, requests the relief cited above, as well as any other relief this Court deems proper.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail:  sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 18th day of May, 2023, to all counsel of record.

/s/

Stephen F. Brennwald