# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 23-mj-13 |
| | : | |
| v. | : | |
| | : | |
| FARHAD AZARI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This matter having come before the Court pursuant to a Consent Motion to Vacate Status Hearing and for Other Relief, it is therefore:

ORDERED that the complaint and previous order of pre-trial release with conditions of supervised release remain in full force and effect; it is further

ORDERED that the Motion is GRANTED in part and DENIED in part; it is further

ORDERED that the status hearing scheduled for May 23, 2023, is continued until July 25, 2023, at 1 PM; it is further

ORDERED that Defendant's request to submit written status reports is DENIED; and it is further

ORDERED that the period of time between May 23, 2023 to July 25, 2023, shall be excluded from computing time under the Speedy Trial Act, including the time within which an information or indictment must be filed, because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a pretrial disposition of the case, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

SO ORDERED.

_____
HONORABLE ZIA M. FARUQUI
United States Magistrate Judge